FILED16 AUG '23 12:53USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00276-SI |
| v. | **INDICTMENT** |
| **ARISSA JEAN MINYONNE ROBINSON,** a/k/a Ariyuana Tyiese Robinson | 18 U.S.C. § 112(a) |
| | <u>**UNDER SEAL**</u> |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Assault on Foreign Official and Internationally Protected Person)**
**(18 U.S.C. § 112(a))**

On June 17, 2023, in the District of Oregon, defendant **ARISSA JEAN MINYONNE ROBINSON, a/k/a Ariyuana Tyiese Robinson**, did intentionally assault, strike, and wound Adult Victim, a foreign official and internationally protected person as defined in 18 U.S.C. § 1116(b)(3)(B) and (4)(B), and did intentionally make a violent attack upon the person of Adult Victim, and in so doing inflicted bodily injury on Adult Victim;

In violation of Title 18, United States Code, Section 112(a).

Dated: August 15, 2023.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney